# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-2759
LT Case No. 2017-CF-1437

———————————————

GERALD DWAYNE MCDANIEL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.850 Appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

Matthew R. McLain, of McLain Law, P.A., Longwood, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Pamela J.
Koller, Assistant Attorney General, Daytona Beach, for Appellee.


August 27, 2024


PER CURIAM.

AFFIRMED.


EDWARDS, C.J., and SOUD and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____